**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **MARK KEVIN ARTHUR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 07-602-DRH |
| | ) |
| **ILLINOIS,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous.

Dismissal is with prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.

Plaintiff shall take nothing from this action.

October 5, 2007                                                          By:   /s/       DavidRHerndon
*Date*                                                                                  *Chief Judge*